**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 12, 2015

Hon. Gilberto Hinojosa
Attorney at Law
622 E. St. Charles St.
Brownsville, TX 78520
\* DELIVERED VIA E-MAIL \*

Hon. Jerad Najvar
Attorney at Law
4151 Southwest Freeway, Ste. 625
Houston, TX 77027
\* DELIVERED VIA E-MAIL \*

Re:      Cause No. 13-14-00581-CV
Tr.Ct.No.  C-6914-13-G
Style:    Lupe Rivera v. Leticia "Letty" Lopez

The above-referenced cause has been set for submission without oral argument on Monday, January 26, 2015, before a panel consisting of Justice Gina M. Benavides, Justice Gregory T. Perkes and Justice Nora Longoria.   Pursuant to TEX. R. APP. P. 2, the Court suspends the 21 day notice requirement of Rule 39.8.   *See* TEX. R. APP. P. 2 (allowing appellate courts to suspend a rule's operation in a particular case and order a different procedure); TEX. R. APP. P. 39.8 (delineating notification requirements regarding submission of a cause).

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch